UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>Ex rel. PENGCHENG SI,        )<br>                                           )<br>     Relator-Plaintiff,          )<br>                                           )<br>          v.                              )<br>                                           )<br>LAOGAI RESEARCH FOUNDATION,  )<br>CHINA INFORMATION CENTER,         )<br>ESTATE OF HARRY WU,                   )<br>                                           )<br>     Defendants.                  )<br>_____) | Civil Case No.:  09cv02388 (KBJ) |

## STIPULATION/MOTION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), and as a result of an Agreement reached during Court-approved mediation of the above-referenced action, the above-named Relator-Plaintiff Pengcheng Si, represented in such mediation by mediation counsel, hereby voluntarily dismisses all claims against Defendants the Laogai Research Foundation, China Information Center and the Estate of Harry Wu, with prejudice, with each party bearing its own fees and costs.

The mediation took place pursuant to the Court's Minute Order of July 25, 2017 referring the case to the Circuit Executive's Office for a period of mediation.  The Parties, and their respective counsel, participated in a half-day mediation on September 25, 2017. Following the mediation they continued to participate in several rounds of negotiations with a skilled mediator. The Court extended the mediation period twice, at the Parties' request, on September 20, 2017 and on December 4, 2017.

Defendants' counsel requested and was given the U.S. Government's consent for the dismissal of this case. The parties jointly move the Court, under Fed. R. Civ. P. 41 and 31 U.S.C.

§ 3730(b)(1), to give written consent to the dismissal, and to dismiss the case with prejudice to the Relator-Plaintiff and without prejudice to the United States Government.

        Respectfully submitted,

/s/ Pengcheng Si
Pengcheng Si
1629 K Street NW, #300
Washington, DC 20006
sipc.dcfiling@gmail.com
(202) 505-4768
*Relator-Plaintiff*


/s/  Clara Brillembourg
Clara Brillembourg (#974377)
Theresa Roosevelt (#1021853)
Anthony Mirenda (*pro hac vice*)
FOLEY HOAG LLP
1717 K Street NW
Washington, DC 20006-5350
Telephone: 202-223-1200
Facsimile: 202-785-6687
Email: cbrillembourg@foleyhoag.com
*Counsel for Laogai Research*
*Foundation & China Information Center*

/s/ Mikhael D. Charnoff
Mikhael D. Charnoff (#476583)
PERRY CHARNOFF PLLC
1010 N. Glebe Road
Suite 310
Arlington, VA 22201
Main (703) 291-6650
Fax (703) 563-6692
mike@perrycharnoff.com
*Counsel for Estate of Harry Wu*

Dated: January 20, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2018, I caused a copy of the foregoing to be served electronically on all counsel for all parties by using the CM/ECF system of the United States District Court of the District of Columbia at the request of Relator-Plaintiff Pengcheng Si. I also transmitted a copy of the foregoing to Mr. Si, who is appearing *pro se*, at 1629 K Street NW #300, Washington, DC 20006.

/s/  Clara Brillembourg
Clara Brillembourg (#974377)
Foley Hoag LLP
1717 K Street NW
Washington, DC 20006-5350
Telephone: 202-223-1200
Facsimile: 202-785-6687
Email: cbrillembourg@foleyhoag.com
*Counsel for Laogai Research Foundation & China Information Center*